UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Philip Geary

    v.                              Case No. 07-fp-116

New Hampshire Department of
Corrections, Interim Warden


**O R D E R**

    Plaintiff's request to proceed *in forma pauperis* is granted, but pursuant to 28 U.S.C. § 1915, as amended, the filing fee must be paid as follows: the sum of $18.56 is due no later than May 23, 2007. In addition, 20% of each preceding month's income credited to plaintiff's account to be remitted by the New Hampshire State Prison when the amount in the account exceeds $10.00 until the sum of $350.00 has been paid. Failure to pay the fee as ordered will result in dismissal of the action without prejudice. In all other respects plaintiff's request for *in forma pauperis* has been granted.

    This case has been assigned number 07-cv-116-PB.

SO ORDERED.

                                                /s/ [signature]
                                            United States District Judge

Date: 4/25/07

cc:  Bonnie S. Reed, Financial Administrator
     New Hampshire State Prison, Inmate Accounts