UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Philip Geary

    v.                        Case No. 07-fp-116

New Hampshire Department of
Corrections, Interim Warden

### O R D E R

Plaintiff's request to proceed in forma pauperis is granted, but pursuant to 28 U.S.C. § 1915, as amended, the filing fee must be paid as follows: the sum of $18.56 is due no later than May 23, 2007. In addition, 20% of each preceding month's income credited to plaintiff's account to be remitted by the New Hampshire State Prison when the amount in the account exceeds $10.00 until the sum of $350.00 has been paid. Failure to pay the fee as ordered will result in dismissal of the action without prejudice. In all other respects plaintiff's request for in forma pauperis has been granted.

This case has been assigned number 07-cv-116-PB.

SO ORDERED.

                                      _____
                                      United States District Judge

Date: 4/25/07

cc:  Bonnie S. Reed, Financial Administrator
     New Hampshire State Prison, Inmate Accounts