UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Philip Geary

    v.                                    Case No. 07-cv-116-PB

New Hampshire Department of
Corrections, Interim Warden

### C O R R E C T I V E   O R D E R

By order dated April 25, 2007, the court granted Plaintiff's motion to proceed in forma pauperis and ordered him to pay the initial filing fee as follows: the sum of $18.56 is due no later than May 23, 2007. As the plaintiff has presented a Petition for Habeas Corpus, for which the filing fee is $5, this order was entered in error. The order dated April 25, 2007 is vacated; Plaintiff's request to proceed in forma pauperis is hereby granted and no filing fee payment is due.

    SO ORDERED.


                                   /s/Steven J. McAuliffe
                                   Steven J. McAuliffe
                                   United States District Judge


Date: 4 May 2007

cc:   Bonnie S. Reed, Financial Administrator
      New Hampshire State Prison, Inmate Accounts